FILED

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0581

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0581

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

     v.                                  O R D E R

STEVEN JOSEPH JOHNSON,

     Defendant and Appellant.

_____

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Steven Joseph Johnson from the Judgment entered on May 22, 2023, by the First Judicial District Court, Lewis and Clark County, in Cause No. CDC-2021-202. The Attorney General's Office does not object to this motion.

Wright asserts that Johnson's trial counsel mis-calendared the deadline for referring this matter to the Appellate Defender Division and thus failed to do so timely.

Wright argues that it would be unjust to deny Johnson the right to appeal when the untimeliness of the Notice of Appeal was caused by an error outside of Johnson's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before November 3, 2023, the Appellate Defender shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2023